**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ALVIN BIGGS**  **PLAINTIFF**
**ADC #121870**
v.                      No: 4:20-cv-00751 JM-PSH

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Biggs' motion for a temporary restraining order and preliminary injunction is denied.

DATED this 15th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE