## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ALVIN BIGGS**                                                                                    **PLAINTIFF**
**ADC #121870**
**v.**                                    **No: 4:20-cv-00751 JM-PSH**

**DEXTER PAYNE,** *et al.*                                                              **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by

United States Magistrate Judge Patricia S. Harris, and the objections filed by Defendants.  After

carefully considering the objections and making a *de novo* review of the record in this case, the

Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby

are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment (Doc.

No. 24) is DENIED.

DATED this 25th day of March, 2021.


_____
UNITED STATES DISTRICT JUDGE