# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ALVIN BIGGS**     **PLAINTIFF**
**ADC #121870**

v.     No: 4:20-cv-00751 JM-PSH

**DEXTER PAYNE,** *et al.*     **DEFENDANTS**

## ORDER

Before the Court is a Joint Motion to Dismiss filed by Plaintiff Alvin Biggs and Defendants Dexter Payne, Audrea Culclager, Kennie Bolden, and Michael Ault (Doc. No. 44).  The parties have entered into a settlement agreement and agree to dismiss this case with prejudice.  The Joint Motion to Dismiss is GRANTED and the case is dismissed with prejudice.

IT IS SO ORDERED this 28th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE