IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALVIN BIGGS** **PLAINTIFF**
**ADC #121870**

v.  No: 4:20-cv-00751 JM-PSH

**DEXTER PAYNE,** *et al.* **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 28th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE